UST-15, 5-96

DIANE M. MANN
P.O. BOX 12970
SCOTTSDALE, AZ 85267-2970
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| MARTINEZ JR., PETE CANDIDO | ) | CASE NO. 13-14591-PHX-SSC |
| MARTINEZ, LYNDA ARLENE | ) | |
| | ) | TRUSTEE'S REPORT |
| | ) | OF AUCTION SALE |
| Debtor(s). | ) | |

Pursuant to Fed. R. Bankr. P. 6004(f)(1), DIANE M. MANN, Trustee in the above-captioned case, reports that pursuant to the 10/28/13 order authorizing an auction sale, and after due notice to creditors and interested parties, a public auction was held on 12/4/13, by Cunningham & Assoc at 6502 N 27th Ave., Phoenix, AZ where estate property was sold for the sum of $2450.00.

A report of items sold by the auctioneer is attached hereto as Exhibit A and is incorporated herein by this reference.

December 31, 2013                              /s/ DIANE M. MANN
    DATE                                           DIANE M. MANN, TRUSTEE